```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
STEPHANIE WEISS,

                Plaintiff,

    - against -

THE HILTON HOTELS CORPORATION,
PROCACCIANTI GROUP LLC d/b/a
PROVIDENCE HILTON HOTEL,

                Defendants.
----------------------------------X

**O R D E R**

09 Civ. 3849 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** this case has been settled in open court, it is hereby

    **ORDERED** that the above-captioned action be, and hereby is, dismissed.

DATED:    New York, New York
            August 28, 2009

                                              NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE